No. 3065. Quiñones Brothers & Co., Appellants, v. Ortiz, Appellee.—District Court of Guayama. Debt. Decided March 13, 1924. It not being shown that the defendant assumed the obligation to pay the item of $360 or authorized Ignacio Robles to transfer the said item to his name, and no fundamental error appearing in the record, the judgment was affirmed.

No. 3283. González, Appellee, v. Delgado, Appellant.—District Court of Guayama. Decided March 14, 1924. Appeal dismissed on motion of the appellee because not taken in time.

No. 3289. Linares, Appellant, v. Linares, Appellee.—District Court of Aguadilla. Decided March 19, 1924. It appearing that the appeal was taken on December 7, 1923, and that the statement of the case was not filed in time in the trial court, and the transcript not having been filed in this court, the appeal was dismissed.

No. 2129. People v. Cruz.—Adulteration of milk. District Court of Ponce. Decided March 19, 1924. It appearing that the evidence was sufficient, the judgment was affirmed.

No. 1910. People, Appellee, v. Times Publishing Co., Appellant.—Libel. Second District Court of San Juan. Decided March 19, 1924. For the reasons stated in *People v. Rodríguez*, 31 P. R. R. 663, the judgment was reversed and the defendant discharged.

No. 2060. People, Appellee, v. López, Appellant.—Burglary. District Court of Humacao. Decided March 19, 1924. It appearing that the information was not presented within the statutory period, in accordance with the doctrine laid down in *People* v. *Almodóvar, ante,* page 764, the judgment was reversed and the case dismissed, without prejudice.